BERGER SERVICE CLEANING AND DYEING CORPORATION, Appellant, *v.* BERGER CLEANERS INC., Respondents, et al., Defendants.

Submitted April 14, 1947; decided April 18, 1947.

*Abraham Grenthal* for motion.

*Julius M. Arnstein* and *I. Jonas Speciner* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order does not finally determine the action within the meaning of the Constitution.